UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| LATOYA PROVENS, | } | Case No. 24-80777-CRJ-13 |
| Debtor(s). | } | |
| | } | Chapter 13 |
| | } | |
| | } | |
| | } | |
| LATOYA PROVENS, | } | |
| | } | |
| | } | |
| Plaintiff(s), | } | AP No. 24-80055-CRJ |
| v. | } | |
| | } | |
| | } | |
| CONSUMER LEGAL GROUP, P.C., | } | |
| | } | |
| Defendant(s). | } | |

## ORDER DISMISSING ADVERSARY PROCEEDING
## UNLESS FURTHER ACTION IS TAKEN

On May 24, 2024, the Plaintiff(s) filed a Complaint alleging that the Defendant(s) violated the automatic stay. To date, no further action has taken place in this Adversary Proceeding.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this Adversary Proceeding is hereby **DISMISSED** effective **July 19, 2024** unless further action is taken prior to **4:00 p.m.** on **July 18, 2024**. If no further action is taken, the Clerk's Office is directed to close this Adversary Proceeding.

Dated this the 11th day of July, 2024.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge